# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLYDE MCGRIFF, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-295 |
| | ) | Judge Cathy Bissoon |
| v. | ) | Magistrate Judge Cynthia Reed Eddy |
| | ) | |
| BRUCE FRONK, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Plaintiff Clyde McGriff ("Plaintiff") brings the instant cause of action pursuant to the Civil Rights Act of 1871, 42 U.S.C. § 1983, *et seq.*, alleging that Defendant violated his rights under the Fourth, Fifth, and Fourteenth Amendments to the Constitution of the United States.

This matter was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrate Judges. On November 8, 2012, Defendant filed a motion for summary judgment. (Doc. 12). Plaintiff responded thereto on March 15, 2013. (Docs. 21-23). On May 6, 2013, the magistrate judge issued a report and recommendation recommending that summary judgment be granted in favor of Defendant. (Doc. 29). Plaintiff responded with objections on May 20, 2013. (Doc. 31).

After *de novo* review of the pleadings and documents in the case, together with the report and recommendation (Doc. 29), and Plaintiff's objections thereto (Doc. 31), the following ORDER is entered:

AND NOW, this 12th day of June, 2013,

IT IS HEREBY ORDERED that Defendant's motion for summary judgment (Doc. 12) is GRANTED.

1

IT IS FURTHER ORDERED that the magistrate judge's report and recommendation (Doc. 29) is adopted as the opinion of this Court.

BY THE COURT:

s\Cathy Bissoon
CATHY BISSOON
UNITED STATES DISTRICT JUDGE

cc:
**CLYDE MCGRIFF**
Gateway Rehab Braddock
426 George Street
Braddock, PA 15104